IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUKE JOHN SCOTT, SR.,<br><br>Defendant. | Cause No. CR 19-29-GF-BMM<br>CR 19-30-GF-BMM<br><br>ORDER re: STAND-BY COUNSEL |

The Court appointed Bryan Norcross as stand-by counsel for Defendant Scott in CR-19-29-GF-BMM and CR-19-30-GF-BMM on February 6, 2020.

In his role as stand-by counsel, Norcross is appointed under the Court's inherent authority to protect the integrity and continuity of the proceedings. He does not represent Scott and has no professional obligation to investigate, to develop the facts or theory of the defense, or to assist Scott in pretrial preparation. He serves as an expert consultant to the Court and must be prepared to go forward with presenting Scott's case. He will be compensated for his time at the same rate and under the same conditions and limitations that apply under the Criminal Justice Act. *See* CJA Guidelines §§ 220.55.20(b), -.30(a) (Feb. 13, 2020); 5 U.S.C. § 3109.

Accordingly, **IT IS ORDERED** that Norcross shall record his time in the same manner as he would under a CJA appointment and shall submit a CJA voucher for payment at the conclusion of the case. He must attach a copy of this Order to the voucher.

DATED this 13th day of February, 2020.

Brian Morris
United States District Court Judge