IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUKE JOHN SCOTT, SR.,<br><br>Defendant. | Cause No. CR 19-30-GF-BMM<br><br>ORDER RE: DEFENDANT'S<br>MOTION TO COMPEL (DOC. 110) |

Defendant Luke John Scott, Sr. ("Scott") filed a Motion to Compel Discovery on April 28, 2020. (Doc. 110.) The Government is **HEREBY ORDERED** to file a response to Scott's motion.

DATED this 13th day of May, 2020.

_____
Brian Morris, Chief District Judge
United States District Court

1