IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUKE JOHN SCOTT, SR.,<br><br>Defendant. | Cause No. CR 19-29-GF-BMM<br>CR 19-30-GF-BMM<br><br>ORDER RE: REQUEST FOR COPIES OF HANDWRITTEN DOCUMENTS |

Defendant Luke John Scott, Sr. ("Scott") has sent a letter to the Clerk of Court "requesting a copy of all handwritten documents" that Scott has sent to the Court in CR-19-29-GF-BMM and CR-19-30-GF-BMM. These documents apparently include "a copy of the exhibits" that Scott claims to have sent with a motion for detention hearing (CR-19-29-GF-BMM, Doc. 120 & CR-19-30-GF-BMM, Doc. 116) that he filed. The Court allowed Scott to proceed *pro se* in both cases after having conducted a *Faretta* hearing to assess whether Scott undertook knowingly, intelligently, and voluntarily his decision to represent himself. (CR-19-29-GF-BMM, Doc. 73 at 1-2 & CR-19-30-GF-BMM, Doc. 72 at 1-2.) The Court further ordered that Scott's third court-appointed counsel, Bryan Norcross, shall serve as Scott's stand-by counsel. (*Id.* at 2.)

1

Scott opted to proceed *pro se*. The Court fully explained to Scott the difficulties posed by self-representation. The Clerk of Court does not serve as a paralegal for Scott. The Court orders Scott to direct future requests for documents that he has filed with the Court to his stand-by counsel.

DATED this 13th day of May, 2020.

_____
Brian Morris, Chief District Judge
United States District Court