# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>LUKE JOHN SCOTT, SR.,<br><br>                    Defendant. | CR-19-30-GF-BMM<br><br><br>ORDER |

## INTRODUCTION

Defendant Luke John Scott, Sr. ("Scott") is representing himself in the above-captioned criminal case, with Bryan Norcross acting as stand-by counsel. (Doc. 72). The Court held a hearing on all pending motions on October 21, 2020. (Doc. 284).

## ORDER

For the reasons stated in open Court, **IT IS ORDERED**:

- (Doc. 211) is **DENIED** without prejudice following representations by the federal government addressing the claims therein;

- (Doc. 217) is **DENIED** without prejudice following representations by the federal government addressing the claims therein;

- (Doc. 218) is **DENIED** without prejudice following representations by the federal government addressing the claims therein;

- (Doc. 257) is **DENIED**;

- (Doc. 258) is **DENIED**;

- (Doc. 260) is **GRANTED IN PART** with regard to the federal government's case-in-chief; the Court may reconsider this motion if Scott opens the door to such testimony; the Court requested that the federal government call for a sidebar should they believe that Scott has opened the door to such evidence before attempting to introduce that evidence at trial.

Dated the 22nd day of October, 2020.


Brian Morris, Chief District Judge
United States District Court