IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>LUKE JOHN SCOTT, SR.,<br><br>      Defendant. | CR-19-30-GF-BMM<br><br>ORDER |

  Defendant Luke John Scott, Sr. ("Scott") is representing himself in the above-captioned criminal case. (Doc. 73). Scott's jury trial began January 26, 2021. (Doc. 364). The jury returned a guilty verdict on Count 1 and on the lesser included offense in the superseding indictment on January 28, 2021. (Doc. 369). Sentencing is scheduled for March 24, 2021 at 1:30 p.m. at the federal courthouse in Great Falls, Montana.

  Scott has now filed what he terms a "motion for documents for appeal purposes." (Doc. 383). Scott seeks an order to have the government provide "a complete copy" of discovery as well as an order that the clerk provide a copy of "all documents, motions, briefs, and exhibits" in the case. *Id.*

The Court reminds Scott that the government furnished discovery in advance of the trial as required. The Court further has provided physical copies of all orders filed. If there are particular documents that Scott believes that he has not received from the government or from the Court, he may seek those specified documents. The Court declines to entertain a blanket request for thousands of documents when those documents already have been provided over the course of the lengthy proceeding.

## ORDER

**IT IS HEREBY ORDERED** that Scott's Motion (Doc. 383) is **DENIED**.

Dated the 9th day of February, 2021.

_____
Brian Morris, Chief District Judge
United States District Court